UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1035

FILED IN OPEN COURT
ON 1-12-11
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TOSHIBA DANIELLE MORGAN | ) | |

Leave of court is granted for the filing of the foregoing dismissal.

January 12, 2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE